IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3037 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL L. ROBINSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the outset of this case, John F. Aman was appointed to represent the defendant. Mr. Aman encountered health issues, and while he was recovering, Carlos Monzon was appointed to represent the defendant. Mr. Aman has now resumed his practice and representation of the defendant. Mr. Monzon seeks leave to withdraw. Filing No. 30.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Carlos Monzon, (filing no. 30), is granted.

2) The court hereby authorizes the Federal Public Defender to process a CJA 20 voucher for services provided by counsel Carlos Monzon upon receipt of the voucher, and prior to final resolution of this case or submission of CJA20 voucher by counsel John F. Aman.

DATED this 5th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge